EXHIBIT A.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y.

★ FEB 26 2019 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
LIN *et al.*

                                      Plaintiff,

      v.

LUMIX HIBACHI RESTAURANT, INC. d/b/a Lumix *et al.*

                                   Defendants.
-------------------------------------------------------x

Case No. 18-cv-03249

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: _____
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: 718 762 1324

Franklin, Gringer & Cohen, P.C.

*Attorneys for Defendants*

_____
Joshua Marcus, Esq.
666 Old Country Road, Suite 202
Garden City, NY 11530
Tel: 5162283131

Concluded
SO ORDERED.
*/s/ Arthur D. Spatt*
2/26/19